# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH, a German company,<br><br>Plaintiff (Petitioner),<br>v.<br><br>SONOCINE, INC., a Delaware corporation,<br><br>Defendant (Respondent). | Case No. 3:17-cv-00672-LRH-WGC<br><br><br><br>**ORDER REGARDING:** |

**STIPULATION FOR EXTENSION OF TIME (FIRST REQUEST)**

Defendant/Respondent SONOCINE, INC. ("SonoCine") and Plaintiff/Petitioner TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH ("TRAF"), by and through their respective attorneys of record, hereby stipulate to extend the time for SonoCine to file its Reply to TRAF's Opposition [Doc 10] to Motion for Judgment on the Pleadings [Doc 7] from the current deadline of December 6, 2017, to and including December 11, 2017.

/./././

/./././

This is the first request for an extension and is necessitated by SonoCine's counsel's recent travel delays. This request is made in good faith and not for purposes of delay.

DATED this 6th day of December, 2017.

WOODBURN AND WEDGE

/s/ Ellen Jean Winograd
Ellen Jean Winograd
6100 Neil Road, Suite 500
Reno, Nevada 89511
(775) 688-3000
ewinograd@woodburnandwedge.com
**Attorneys for Defendant/Respondent**

DATED this 6th day of December, 2017.

WHITEHEAD & WHITEHEAD

/s/ Jonathan J. Whitehead
Jonathan J. Whitehead
10389 Double R Boulevard
Reno, Nevada 89521
(775) 823-7700
jonathan@jjwhitehead.com
**Attorneys for Plaintiff/Petitioner**

IT IS SO ORDERED, nunc pro tunc.

DATED this 7th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE