**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH, a German company,<br><br>   Plaintiff (Petitioner),<br>v.<br><br>SONOCINE, INC., a Delaware corporation,<br><br>   Defendant (Respondent). | Case No. 3:17-cv-00672-LRH-WGC<br><br><br><br><br><br><br><br>ORDER REGARDING |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF/PETITIONER'S AMENDED PETITION (FIRST REQUEST)**

Defendant/Respondent SONOCINE, INC. ("SonoCine") and Plaintiff/Petitioner TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH ("TRAF"), by and through their respective attorneys of record, hereby stipulate to extend the time for SonoCine to file its response to TRAF's Amended Petition [Doc 25] from the current deadline of August 1, 2018, to and including August 8, 2018.

/././.

This is the first request for an extension and is necessitated by SonoCine's counsel's staffing shortages due to current fires in Palomino Valley, Reno, Nevada. This request is made in good faith and not for purposes of delay.

DATED this 1st day of August, 2018.

WOODBURN AND WEDGE

/s/ Ellen Jean Winograd
Ellen Jean Winograd
6100 Neil Road, Suite 500
Reno, Nevada 89511
(775) 688-3000
ewinograd@woodburnandwedge.com

Terrence O. Kelly, Esq.
15498 Hamner Drive
Los Angeles, California 90077-1803
(310) 472-3940
tokelly007@yahoo.com
*admitted pro hac vice*

**Attorneys for Defendant/Respondent**

DATED this 1st day of August, 2018.

WHITEHEAD & WHITEHEAD

/s/ Jonathan J. Whitehead
Jonathan J. Whitehead
10389 Double R Boulevard
Reno, Nevada 89521
(775) 823-7700
jonathan@jjwhitehead.com
**Attorneys for Plaintiff/Petitioner**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 3rd day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE