IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH, a German company,<br><br>Petitioner,<br><br>vs.<br><br>SONOCINE, INC., a Delaware corporation,<br><br>Respondent. | Case No. 3:17-cv-00672-LRH-WGC<br><br>ORDER REGARDING:<br><br>**STIPULATION TO EXTEND TIME FOR PETITIONER TO OPPOSE AND RESPONDENT TO REPLY REGARDING SONOCINE, INC.'S FRCP 12(b)(6) MOTION TO DISMISS AMENDED PETITION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT**<br><br>(FIRST REQUEST) |

Petitioner TRAF INTERCONTINENTAL ELECKTRONIK-HANDELS GmbH, by and through its counsel of record, Jonathan J. Whitehead of Whitehead & Whitehead, and Respondent SONOCINE, INC., by and through its counsel of record, Ellen Jean Winograd of Woodburn and Wedge and Terrence O. Kelly, hereby stipulate and agree to an extension for Petitioner TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH to oppose SONOCINE, INC.'s FRCP 12(b)(6) Motion to Dismiss Amended Petition to Confirm Arbitration Award and Enter

Page 1

Judgment (ECF No. 28) from the current deadline of August 22, 2018 to Wednesday, August 29, 2018. Respondent shall thereafter have through and including September 13, 2018 in which to file its Reply in Support of the FRCP 12(b)(6) Motion to Dismiss.

This is the parties' first request and is due to Petitioner's counsel's calendar containing previously scheduled depositions, an arbitration and drafting motions in limine and oppositions thereto for an upcoming trial which was set for September 10, 2018. The requested extended reply deadline of September 13, 2018 is due to the Labor Day holiday weekend.

DATED this 21st day of August, 2018

WHITEHEAD & WHITEHEAD

/s/ Jonathan J. Whitehead
Jonathan J. Whitehead
Nevada Bar No. 4415
jonathan@jjwhitehead.com
10389 Double R. Blvd.
Reno, Nevada 89521
(775) 823-7700

Attorneys for Petitioner

DATED this 21st day of August, 2018

WOODBURN AND WEDGE

/s/ Ellen Jean Winograd
Ellen Jean Winograd, Esq.
Nevada Bar No.: 815
6100 Neil Road, Suite 500
Reno, NV 89511-1149
(775) 688-3000
ewinograd@woodburnandwedge.com

In association with
Terrence O. Kelly, Esq. (*pro hac vice*)
15498 Hamner Drive
Los Angeles, California 90077
(310) 472-3940
tokelly007@yahoo.com

Attorneys for Respondent

**IT IS SO ORDERED**.

DATED 22nd day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE