**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH, a German company,<br><br>    Plaintiff (Petitioner),<br>v.<br><br>SONOCINE, INC., a Delaware corporation,<br><br>    Defendant (Respondent). | Case No. 3:17-cv-00672-LRH-WGC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO OPPOSE AND PLAINTIFF TO REPLY REGARDING PLAINTIFF'S RENEWED MOTION FOR ATTORNEY FEES**<br><br>**(FIRST REQUEST)**<br><br>**AND ORDER THEREON** |

Defendant SONOCINE, INC. and Plaintiff TRAF INTERCONTINENTAL ELECKTRONIK-HANDELS GmbH, by and through their respective counsel, hereby stipulate and agree to an extension for SonoCiné to respond to Plaintiff's Renewed Motion for Attorney Fees from the current deadline of March 25, 2019 to April 8, 2019. Plaintiff shall thereafter have through and including April 22, 2019 in which to file its Reply in Support of its Renewed Motion for Attorney Fees, if any such Reply is to be filed.

This is the Defendant's first request for an extension to respond to the Renewed Motion for Attorney Fees. This extension is requested because the parties are exploring pre-appeal settlement negotiations. This is requested in good faith and not for purposes of delay.

| DATED this 25th day of March, 2019 | DATED this 25th day of March, 2019 |
|---|---|
| WHITEHEAD & WHITEHEAD | WOODBURN AND WEDGE |
| /s/ Jonathan J. Whitehead | /s/ Ellen Jean Winograd |
| Jonathan J. Whitehead | Ellen Jean Winograd |
| Nevada Bar No. 4415 | Nevada Bar No. 815 |
| jonathan@jjwhitehead.com | 6100 Neil Road, Suite 500 |
| 10389 Double R Boulevard | Reno, NV 89511-1149 |
| Reno, NV 89521 | (775) 688-3000 |
| (775) 823-7700 | ewinograd@woodburnandwedge.com |
| **Attorneys for Plaintiff (Petitioner)** | In association with |
| | Terrence O. Kelly, Esq. (*pro hac vice*) |
| | 15498 Hamner Drive |
| | Los Angeles, California 90077 |
| | (310) 472-3940 |
| | tokelly007@yahoo.com |
| | **Attorneys for Defendant (Respondent)** |

**IT IS SO ORDERED**, *nunc pro tunc*.

DATED this 26th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE