# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRAF INTERCONTINENTAL ELEKTRONIK-HANDELS GmbH, a German company,<br><br>        Plaintiff (Petitioner),<br>v.<br><br>SONOCINE, INC., a Delaware corporation,<br><br>        Defendants (Respondent). | Case No. 3:17-cv-00672-LRH-WGC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

It is hereby stipulated and agreed by and between counsel, on behalf of the respective parties hereto, that the above-captioned matter be dismissed, in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

/s/ Jonathan J. Whitehead
Jonathan J. Whitehead, Esq.
NV Bar No. 4415
WHITEHEAD & WHITEHEAD
10389 Double R. Boulevard
Reno, NV 89521

**Attorneys for Plaintiff**

Dated: March 12, 2020

/s/ Ellen Jean Winograd
Ellen Jean Winograd, Esq.
NV Bar No. 815
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

/s/ Terrence O. Kelly
Terrence O. Kelly, Esq.
*Admitted Pro Hac Vice*

CA State Bar No. 56314
15498 Hamner Drive
Los Angeles, CA 90077-1803

**Attorneys for Defendants**

Dated: <u>March 12, 2020</u>

## **ORDER**

IT IS SO ORDERED, that this action is dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 12th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE